IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | Case nos: 25-7508-JCB |
| ) | 25-7529-JCB |
| MARIANO ANDUJAR PEREZ, ) | |
| ) | |
| Defendant ) | |

## MOTION TO PARTIALLY UNSEAL

The United States of America hereby moves the Court to partially unseal the search warrant applications, supporting affidavit, search warrants, and all related documents in the above-captioned cases.

In support, the government states that the defendant was arrested and arraigned on October 29, 2025.  *See* 24-cr-10374-WGY.  Accordingly, the sealing of these materials is no longer justified, as they pertain to an investigation that is no longer covert.  Moreover, pursuant to the Federal Rules of Criminal Procedure and Local Rule 116.1, the government is now obligated to produce certain information contained in these search warrant cases to the defendant in discovery.

However, the search warrant materials contain sensitive personal identifying information of the defendant, and therefore, the government requests that certain information on the public docket remain redacted.

                                                     Respectfully submitted,

                                                     LEAH B. FOLEY
                                                     United States Attorney

                                   By:   */s/ Allegra Flamm*
                                                     Allegra Flamm
                                                     Assistant U.S. Attorney
                                                   Dated: 11/14/2025

SO ORDERED:

_____                       _____
HON. JENNIFER C. BOAL                                       DATE
UNITED STATES MAGISTRATE JUDGE